### 20332. JOHNSON v. THE STATE.

BLOODWORTH, J. 1. In each of the two special grounds of the motion for a new trial it is alleged that an excerpt from the charge was "erroneous and injurious to him [the defendant], and was contrary to law and misleading, because in such charge (a) the court charged on an issue not

sustained by proof; (b) the court charged on a contention or theory not sustained by the evidence." Both grounds are without merit, as the evidence authorized the charge given.

2. There is ample evidence to support the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 16, 1930.

*James N. Rahal, O'Neal & O'Neal,* for plaintiff in error.
*Walter C. Hartridge, solicitor-general, Julian Hartridge,* contra.

